## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN RUDD,<br>                    **Plaintiff,**<br><br>            v.<br><br>USAA GENERAL INDEMINITY<br>COMPANY,<br>                    **Defendant.** | CIVIL ACTION<br><br><br><br>NO.  25-3852 |

## O R D E R

**AND NOW**, this 30th day of April, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 10) and Plaintiff's opposition thereto (ECF No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.